# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141872 & (18)(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 141872
             COA: 298925
             Oakland CC: 2009-224531-FH

FRANK PURIFY,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the August 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel and to remand to the trial court are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

p0228